[No. 22831-2-III.  Division Three.  December 30, 2004.]

BONNIE C. POWELL, *Appellant*, v. CASCADE SCHOOL DISTRICT No. 228, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 02-2-00716-8, Lesley A. Allan, J., entered February 20, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 53059-3-I.  Division One.  January 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY BOUCHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-06656-5, Donald D. Haley, J., entered September 18, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53085-2-I.  Division One.  January 3, 2005.]

MODERN SEWER CORPORATION, ET AL., *Respondents*, v. NELSON DISTRIBUTING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-06691-3, Richard J. Thorpe, J., entered August 25, 2003. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Kennedy, JJ. Now published at 125 Wn. App. 564.

[No. 53313-4-I.  Division One.  January 3, 2005.]

CLARK R. WELDON, ET AL., *Respondents*, v. JOEL FELDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-02477-7, Brian D. Gain, J., entered October 10, 2003. *Affirmed* by unpublished per curiam opinion.